# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

STARR COUNTY, Texas

Tract: RGV-RGC-5069
Owner: Jesus Alvarez, Jr., *et al*.
Acre: 0.382

**Being** a 0.382 of one acre (16,631 square feet) parcel of land, more or less, being out of the Juana Josefa Gutiérrez Survey, Abstract No. 84, Porción 72, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of a called 5.52 acre tract designated as Share 12-A as described in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, being the same tract of land conveyed to Jesus Alvarez and Lydia L. Alvarez by Warranty Deed recorded in Volume 600, Page 485, Official Records of Starr County, Texas, being the same tract of land acquired by Casimiro Alaniz, Ramon Alaniz, Josefina Alaniz Perez, Guadalupe Alaniz, Antonia Alaniz, Natividad Alaniz, Blasa Alaniz Villarreal, Protacio Alaniz, Jr., Lucia B. Alaniz, Ignacio Alaniz, Jr., Gilberto Alaniz, Alvaro Alaniz and Domingo Alaniz by inheritance as described in the Affidavit of Heirship recorded in Volume 837, Page 747, Official Records of Starr County, Texas, and being the same tract of land acquired by Rolando Alaniz and Cyndia Alaniz Rodriquez by inheritance as described in the Affidavit Of Heirship recorded in Volume 1241, Page 202, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-5068 5069", said point being at the northeast corner of a called 3.102 acre tract designated as Share 11-A as described in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, being the same tract of land conveyed to Guadalupe Carlos Guerra, Jr., Augustin S. Guerra, Jose C. Guerra and Jaime Guerra (Undivided ¼ Interest) by Warranty Deed recorded in Volume 468, Page 461, Deed Records of Starr County, Texas, being the same tract of land conveyed to Guadalupe Carlos Guerra and Cruz G. Guerra (Undivided ½ Interest) by Quit Claim Deed recorded in Volume 416, Page 883, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Rufina Graciela G. Gonzalez, Blas Guerra, Jr., Aida Nelda Guerra and San Juanita Olga Guerra (Undivided ½ Interest) by Warranty Deed recorded in Volume 410, Page 269, Deed Records of Starr County, Texas, and the southeast corner of a called 1.06 acre tract conveyed to Jesus Alvarez and Jesus Alvarez Jr. by Release of Lien recorded in Volume 1415, Page 132, Official Records of Starr County, Texas, said point being in the west line of Share 12-A, said point having the coordinates of N=16664323.966, E=850621.086, said point bears S 72°23'19" E, a distance of 4413.11' from United States Army Corps of Engineers Control Point No. SS10-2019;

## SCHEDULE C (Cont.)

**Thence:** S 09°03'30" W (N 08°07'00" E, Record), with the west line of Share 12-A and the east line of Share 11-A, for a distance of 223.44' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5068-1=5069-1" for the **Point of Beginning** and northwest corner of Tract RGV-RGC-5069, said point being in the west line of Share 12-A and the east line of Share 11-A, said point having the coordinates of N=16664103.314, E=850585.908;

**Thence:** S 65°23'27" E, departing the east line of Share 11-A, over and across Share 12-A, for a distance of 82.15' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5069-2=5070-4" for the northeast corner of Tract RGV-RGC-5069, said point being in the east line of Share 12-A, the west line of Share 13-A, and the west line of a called 14.7 acre tract conveyed to Joel Alvarez by Warranty Deed with Vendor's Lien recorded in Volume 496, Page 249, Deed Records of Starr County, Texas (Tract No. 1);

**Thence:** S 08°31'35" W (S 08°07'00" W, Record), with the east line of Share 12-A, the west line of Share 13-A, and the west line of the 14.7 acre tract, for a distance of 208.15' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5069-3=5070-3" for the southeast corner of Tract RGV-RGC- 5069, said point being in the east line of Share 12-A, the west line of Share 13-A, and the west line of the 14.7 acre tract;

**Thence:** N 65°23'27" W, departing the west line of Share 13-A and the west line of the 14.7 acre tract, over and across Share 12-A, for a distance of 84.16' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5068-2=5069-4" for the southwest corner of Tract RGV-RGC-5069, said point being in the west line of Share 12-A and the east line of Share 11-A;

**Thence:** N 09°03'30" E (N 08°07'00" E, Record), with the west line of Share 12-A and the east line of Share 11-A, for a distance of 207.60' to the **Point of Beginning.**

**Note:** All bearings, distances and coordinates are referenced to the Texas State Plane Coordinate System, South Zone grid (SPCS 4205) NAD'83. Values may be converted to ground values using a combined scale factor of 1.000040000.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 72°23'19" E | 4413.11' | N/A | N/A |
| L2 | S 09°03'30" W | 223.44' | N 08°07'00" E | N/A |
| L3 | S 65°23'27" E | 82.15' | N/A | N/A |
| L4 | S 08°31'35" W | 208.15' | S 08°07'00" W | N/A |
| L5 | N 65°23'27" W | 84.16' | N/A | N/A |
| L6 | N 09°03'30" E | 207.60' | N 08°07'00" E | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16664103.314 | 850585.908 | RGV-RGC-5068-1=5069-1 |
| 2 | 16664069.105 | 850660.596 | RGV-RGC-5069-2=5070-4 |
| 3 | 16663863.259 | 850629.735 | RGV-RGC-5069-3=5070-3 |
| 4 | 16663898.304 | 850553.223 | RGV-RGC-5068-2=5069-4 |
| 5 | 16664323.966 | 850621.086 | POC RGV-RGC-5068 5069 |



LEGEND

- ● 5/8" REBAR W/ "MDS" CAP SET
- ⊙ FOUND MONUMENT
- △ CONTROL POINT
- ⚲ POWER POLE
- DRSC  DEED RECORDS OF STARR COUNTY
- IPF  IRON PIPE FOUND
- IRF  IRON ROD FOUND
- ORSC  OFFICIAL RECORDS OF STARR COUNTY
- PG  PAGE
- POB  POINT OF BEGINNING
- POC  POINT OF COMMENCING
- VOL  VOLUME

- ——————— ACQUISITION BOUNDARY
- —··—··— ADJOINING ACQUISITION BOUNDARY
- ∼∼∼∼∼ BRUSH/VEGETATION
- ———PL——— PROPERTY LINE
- —x—x—x— WIRE FENCE
- (#) SEE SHEET 5

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/26/2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

**METES & BOUNDS SURVEY**
THE KNOWN & UNKNOWN HEIRS OF JESUS ALVAREZ & WIFE, LYDIA L. ALVAREZ
TRACT No. RGV-RGC-5069
STARR COUNTY         TEXAS

Drawing SHEET 4 OF 7
CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 4/20 |
| Checked | LMK | 4/20 |
| Surveyor | JDB | 4/20 |
| Fld.Bk. # | 19088-T6-B6 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10163942



B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

MDS PROJ. NO. 19-200-00    FILE NAME: RGV-RGC-5069    DATE: 4/24/2020

## SCHEDULE D (Cont.)

⟨1a⟩
JESUS ALVAREZ
& LYDIA L. ALVAREZ
CALLED 5.52 ACRES
WARRANTY DEED
VOL. 600, PG. 485 ORSC
(SHARE 12-A)

CASIMIRO ALANIZ, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 837, PG. 747 ORSC

ROLANDO ALANIZ
& CYNDIA ALANIZ RODRIQUEZ
AFFIDAVIT OF HEIRSHIP
VOL. 1241, PG. 202 ORSC

REMAINING AREA: 1.204 ACRES

⟨1b⟩
JESUS ALVAREZ
& LYDIA L. ALVAREZ
CALLED 5.52 ACRES
WARRANTY DEED
VOL. 600, PG. 485 ORSC
(SHARE 12-A)

CASIMIRO ALANIZ, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 837, PG. 747 ORSC

ROLANDO ALANIZ
& CYNDIA ALANIZ RODRIQUEZ
AFFIDAVIT OF HEIRSHIP
VOL. 1241, PG. 202 ORSC

REMAINING AREA: 4.770 ACRES

⟨2⟩
CALLED 3.102 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 11-A)

RUFINA GRACIELA G. GONZALEZ, ET AL
(UNDIVIDED ½ INTEREST)
WARRANTY DEED
VOL. 410, PG. 269 DRSC

GUADALUPE CARLOS GUERRA, ET AL
(UNDIVIDED ½ INTEREST)
CALLED 3.102 ACRES
QUIT CLAIM DEED
VOL. 416, PG. 883 DRSC

GUADALUPE CARLOS GUERRA, JR., ET AL
(UNDIVIDED ½ INTERES)
CALLED 3.102 ACRES
WARRANTY DEED
486, PG. 461 DRSC

⟨3⟩
JOEL ALVAREZ
CALLED 14.7 ACRES
WARRANTY DEED W/
VENDOR'S LIEN
VOL. 496, PG. 249 DRSC
(TRACT No. 1)

⟨7⟩
MARY ELIZABETH GARCIA
CALLED 0.84 OF AN ACRE
AFFIDAVIT OF USE
& POSSESSION
INST. No. 2018-345874 ORSC

⟨11⟩
CALLED 8.889 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 6)

DEONICIA ALVAREZ GARZA
(UNDIVIDED INTEREST)
WARRANTY DEED
VOL. 372, PG. 381 DRSC

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

⟨4⟩
FRANCISCO JAVIER HERRERA
CALLED 0.507 OF AN ACRE
AFFIDAVIT OF USE
& POSSESSION
INST. No. 2018-343647 ORSC

⟨5⟩
MARIA DEL REFUGIO M. GUERRA
REMAINDER OF
CALLED 44.942 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 9)

⟨6⟩
JESUS ALVAREZ
& JESUS ALVAREZ JR.
CALLED 1.06 ACRE
RELEASE OF LIEN
VOL. 1415, PG. 132 ORSC

⟨8⟩
CALLED 10.00 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 8-A)

ROSE MARIE G. RODRIGUEZ
PROBATE
CAUSE No. PR-88-23

⟨9⟩
CALLED 8.325 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 10-A)

ELIGIO ALVAREZ,
NATIVIDAD G. ALVAREZ,
JESUS ALVAREZ
& LYDIA L. ALVAREZ
PARTITION AGREEMENT
VOL. 389, PG. 424 DRSC

⟨10⟩
CALLED 9.245 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 7-A)

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

⟨15⟩
MARIA E. GONZALEZ MUNOZ
CALLED 5.287 ACRES
WARRANTY DEED
VOL. 1144, PG. 15 ORSC
(TRACT 1, SHARE 15-A)

⟨12⟩
CALLED 8.070 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 5-A)

REFUGIO G. VDA DE ALVAREZ
(UNDIVIDED INTEREST)
WARRANTY DEED
VOL. 118, PG. 525 DRSC

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

⟨13⟩
CALLED 20.002 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 4-A)

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

⟨14⟩
BALDEMAR PEREZ,
EVERARDO N. PEREZ,
MARIA PAULA P. ALVAREZ,
JOSE A. PEREZ,
PEDRO PEREZ, JR.,
CARMEN P. MORIN,
RAMIRO PEREZ,
IRMA P. ALVAREZ,
HILDA P. BEN
& ROBERTO PEREZ
CALLED 31.85 ACRES
AFFIDAVIT TO THE PUBLIC
VOL. 769, PG. 24 ORSC

⟨19⟩
NO DEED OF
RECORD FOUND

⟨21⟩
LOT 9
BLOCK 3
EL QUIOTE 2
VOL. 2, PG. 192 PRSC

⟨16⟩
GERARDO GARZA LOPEZ
CALLED 9.07 ACRES
GENERAL WARRANTY DEED
VOL. 1311, PG. 249 ORSC

⟨17⟩
MARIA TERESA FLORES
CALLED 16.41 ACRES
WARRANTY DEED
VOL. 497, PG. 34 DRSC
(THIRD TRACT)

⟨18⟩
HECTOR J. GUERRA
CALLED 4.754 ACRES
SPECIAL WARRANTY DEED
VOL. 1439, PG. 3 ORSC

⟨20⟩
L&R PRECAST
CONCRETE WORKS, INC.
CALLED 13.221 ACRES
SPECIAL WARRANTY DEED
VOL. 1393, PG. 157 ORSC
(TRACT 1)

⟨21⟩
LOT 10
BLOCK 3
EL QUIOTE 2
VOL. 2, PG. 192 PRSC



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| | METES & BOUNDS SURVEY THE KNOWN & UNKNOWN HEIRS OF JESUS ALVAREZ & WIFE, LYDIA L. ALVAREZ TRACT No. RGV-RGC-5069 STARR COUNTY          TEXAS | Mark | Description | Date | Appr | | BY | DATE |
|---|---|---|---|---|---|---|---|---|
| Drawing Ref. SHEET 5 OF 7 | | | | | | Drawn | LMK | 4/20 |
| | | | | | | Checked | LMK | 4/20 |
| | | | | | | Surveyor | JDB | 4/20 |
| | | | | | | Fld.Bk. # | 19088-T6-B6 | |
| | | CONTRACT NO.: W9127S-14-D-0013  T.O.: W45XMA815778870001 | | | | TEXAS LICENSED SURVEYING FIRM B&F ENGINEERING, INC. NO. 10163942 | | |


**ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com


US Army Corps of Engineers

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-RGC-5069    DATE: 4/24/2020

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract:  RGV-RGC-5069
Owner:  Jesus Alvarez, Jr., *et al*.
Acreage:  0.382

# SCHEDULE E

# **SCHEDULE E**

## ESTATE TAKEN

STARR COUNTY, Texas

Tract:  RGV-RGC-5069
Owner:  Jesus Alvarez, Jr., *et al*.
Acre:  0.382

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Reserving to the owners of the lands, identified in Abstract No. 84, Porción 72, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of a called 5.52 acre tract designated as Share 12-A as described in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, being the same tract of land conveyed by Warranty Deed recorded in Volume 600, Page 485, Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is NINE THOUSAND, SIX HUNDRED AND NINETY DOLLARS AND NO/100 ($9,690.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Jesus Alvarez, Jr.**<br>Rio Grande City, Texas<br><br>**Elegio L. Alvarez**<br>McAllen, Texas<br><br>**Jessica L. Alvarez (Escobar)**<br>Roma, Texas<br><br>**Maria E. Alvarez (Garza)**<br>Mission, Texas<br><br>**Maria A. Alvarez (Hinojosa)**<br>Rosharon, Texas<br><br>**Aleida Alvarez**<br>League City, Texas | **RGV-RGC-5069**<br>Warranty Deed, Doc, #1989-148931;<br>Volume 600 Page 485<br>Recorded August 24, 1989,<br>Deed Records of Starr County, Texas |
| **Ameida Salinas**<br>**Starr County Tax Assessor & Collector**<br>100 N FM 3167<br>Rio Grande City, Texas 78582 | Tax Authority |