IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CASE NO. 7:20-CV-329 |
| v. | § | |
| | § | |
| 0.382 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STAR COUNTY, | § | |
| STATE OF TEXAS; AND JESUS | § | |
| ALVAREZ, JR ET AL., | § | |
| | § | |
| *Defendants*, | § | |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE BETWEEN THE UNITED STATES OF AMERICA AND THE DEFENDANTS

1. Pursuant to Local Rule 16.3, Defendants Jesus Alvarez, Jr., Elegio Alvarez, Jessica L. Alvarez (Escobar), Maria E. Alvarez (Garza), Maria A. Alvarez (Hinojosa), Aleida Alvarez and Plaintiff, the United States of America (collectively, "the Parties"), file this joint notice of the Parties' forthcoming settlement agreement.

2. The Parties have reached a settlement in principle that, once finalized, will resolve this matter entirely. The Parties are in the process of finalizing language that will require approval from the U.S. Customs and Border Protection, U.S. Department of Homeland Security, and U.S. Department of Justice.

3. Upon finalizing the Parties' settlement agreement, the Parties will file a joint stipulation to settle, detailing the terms of the Parties' agreement and requesting that the Court enter an order of dismissal in accordance with those terms.

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

FOR DEFENDANTS

*s/ Peter McGraw w/ Permission*
**PETER McGRAW**
Attorney in Charge for Defendant Jesus Alvarez, Jr.
Texas Bar No. 24081036
S.D. Tex. No. 2148236
1206 East Van Buren Street,
Brownsville, Texas 78520
Phone: (956) 982-5543
Fax: (956) 541-1410
Email: pmcgraw@trla.org

By: *s/ Chanmealea Thou*
**CHANMEALEA THOU**
Assistant United States Attorney
Southern District of Texas No. 3596627
California Bar No. 326469
11204 McPherson Road, Suite 100A
Laredo, Texas 78045
Telephone: (956) 721-4977
Facsimile: (956) 992-9425
Email: Chanmealea.Thou2@usdoj.gov

*s/ Elegio Alvarez w/ Permission*
**ELEGIO ALVAREZ**

*s/ Jessica L. Alvarez Escobar w/ Permission*
**JESSICA L. ALVAREZ (ESCOBAR)**

*s/ Maria A. Alvarez Hinojosa w/ Permission*
**MARIA A. ALVAREZ (HINOJOSA)**

*s/ Maria E. Alvarez Garza w/ Permission*
**MARIA E. ALVAREZ (GARZA)**

*s/ Aleida Alvarez w/ Permission*
**ALEIDA ALVAREZ**

## **CERTIFICATE OF SERVICE**

I, Chanmealea Thou, Assistant United States Attorney for the Southern District of Texas, hereby certify that a copy of the foregoing will be served on all parties who do not receive ECF notifications by U.S. regular mail on September 7, 2021 in accordance with the Federal Rules of Civil Procedure.