United States District Court
Southern District of Texas
**ENTERED**
September 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-cv-00329 |
| | § | |
| 0.382 ACRES IN STARR COUNTY, | § | |
| TEXAS; JESUS ALVAREZ, JR.; et al., | § | |
| | § | |
| Defendants. | | |

## ORDER

The Court now considers the "Joint Notice of Settlement in Principle Between the United States of America and the Defendants."[1] Therein, the parties provide that "they have reached a settlement in principle that, once finalized, will resolve this matter entirely."[2] They further provide that they "are in the process of finalizing language that will require approval from the U.S. Customs and Border Protection, U.S. Department of Homeland Security, and U.S. Department of Justice."[3]

In light of these representations the Court **CONTINUES** the parties' September 14th status conference until **Tuesday, October 12, 2021 at 9 a.m.** and **ORDERS** the parties to file a status report by **October 1, 2021** unless closing documents are filed before that date.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 9th day of September 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 51.
[2] *Id.* at 1.
[3] *Id.*

1 / 1