IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO.  7:20-CV-329 |
| § | |
| 0.382 ACRES OF LAND, MORE OR LESS, § | |
| SITUATE IN STARR COUNTY, § | |
| STATE OF TEXAS; AND JESUS § | |
| ALVAREZ, JR., ET AL., § | |
| § | |
| Defendants. § | |

## JOINT STATUS REPORT

The United States of America ("United States"), through the undersigned Assistant United States Attorney, and Defendant Jesus Alvarez, Jr. file this status report in accordance with the Court's September 9, 2021 order:[1]

1. On September 2, 2021, the United States and Defendants Jesus Alvarez, Jr., Elegio L. Alvarez,[2] Jessica L. Alvarez (Escobar), Maria A. Alvarez (Hinojosa), Maria E. Alvarez (Garza), and Aleida Alvarez filed a joint notice of settlement in principle.[3]

2. On September 23, 2021, the United States filed a Notice of Disclaimer executed by Ameida Salinas, Starr County Tax Assessor-Collector.[4] Her dismissal from the instant proceeding is still pending.

---

[1] Dkt. No. 53.
[2] *See infra* Paragraph 3.
[3] Dkt. No. 51.
[4] Dkt. No. 54.

3. The United States was recently informed that the spelling of Defendant Elegio L. Alvarez' name is erroneous. As such, the United States is filing a contemporaneous Motion to Correct Schedule "G" due to Scrivener's Error to correct Defendant Elegio L. Alvarez' name to "Eligio Alvarez."[5]

4. Regarding settlement, the United States has finalized a Joint Stipulation for Revestment and Motion for Entry of Final Judgment with four defendants but lacks sufficient time to finalize said stipulation and motion with the two remaining defendants. The United States will file said stipulation and motion once it is completely finalized.

Respectfully submitted,

**FOR DEFENDANTS**

*/s/ Peter McGraw w/ Permission*
PETER MCGRAW
Attorney-in-Charge for Defendant Jesus Alvarez Jr.
Texas Bar No. 24081036
S.D. Tex No. 2148236
1206 East Van Buren St.
Brownville, Texas 78520
Phone: (956) 982-5543
Fax: (956) 541-1410
pmcgraw@trla.org

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By: *s/ Chanmealea Thou*
**CHANMEALEA THOU**
Assistant United States Attorney
Southern District of Texas No. 3596627
California Bar No. 326469
11204 McPherson Road, Suite 100A
Laredo, Texas 78045
Telephone: (956) 721-4977
Facsimile: (956) 992-9425
E-mail: Chanmealea.Thou2@usdoj.gov
Attorney in Charge for Plaintiff

---

[5] Dkt. No. 55.

## **CERTIFICATE OF SERVICE**

I, Chanmealea Thou, Assistant United States Attorney for the Southern District of Texas, hereby certify that on this 5th day of October 2021, a copy of the foregoing will be served via regular U.S. mail on all parties who do not receive ECF notification in accordance with the Federal Rules of Civil Procedure.

*s/ Chanmealea Thou*
CHANMEALEA THOU
Assistant United States Attorney